IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY HUA, *et al.* | : | CIVIL ACTION |
| v. | : | NO. 17-1457 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE *et al.* | : | |

# ORDER

**AND NOW**, this 14th day of November 2017, upon considering Defendants' Motion to Strike or Dismiss the Amended Complaint (ECF Doc. No. 29), Plaintiffs failing to file an Opposition and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 29) is **GRANTED** and Plaintiffs' Amended Complaint (ECF Doc. No. 28) is **DISMISSED with prejudice.** The Clerk of Court shall **close** this case.

KEARNEY, J.